In the Matter of WILLIE IVY, Appellant, v ALBERT PRACK, Respondent.

Submitted June 1, 2015; decided June 25, 2015

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for a stay dismissed as academic.

KEYSPAN GAS EAST CORPORATION, Respondent, v MUNICH REINSURANCE AMERICA, INC., et al., Defendants, and CENTURY INDEMNITY COMPANY et al., Appellants.

Decided June 25, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie. The terms of this Court's remittitur were not violated.

Chief Judge LIPPMAN and Judge RIVERA taking no part.

STACY S. KILLON, Respondent, v ROBERT A. PARROTTA, Appellant.

Decided June 25, 2015

Appeal, insofar as it seeks review of the Appellate Division order entered February 26, 2015, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved. Defendant's appeal from the February 26, 2015 Appellate Division order brings up for review only the prior nonfinal Appellate Division order entered August 30, 2012 (*see* CPLR 5601 [d], [a]; *Matter of Hertz Corp. [Commissioner of Labor]*, 100 NY2d 553, 554 [2003]; *Curiale v Ardra Ins. Co.*, 86 NY2d 774 [1995]; *Matter of Greatsinger*, 66 NY2d 680, 682-683 [1985]; *Gilroy v American Broadcasting Co.*, 46 NY2d 580, 584 [1979]).

Judge STEIN taking no part.